# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 5, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00315HG |
| CASE NAME: | U.S.A. vs. (FNU) SUYONO |
| ATTYS FOR PLA: | Tracy A. Hino |
| ATTYS FOR DEFT: | Pamela J. Byrne |
| U.S.P.O. : | Anne M. Shimokawa |
| INTERPRETER: | Ken Kendro |
| JUDGE: Helen Gillmor | REPORTER: Ann Matsumoto |
| DATE: January 5, 2006 | TIME: 3:00 - 3:15 |

COURT ACTION:  SENTENCING TO THE INDICTMENT -

The defendant is present in custody.

The defendant waived allocution.

ADJUDGED: Time served.

SUPERVISED RELEASE: 3 yrs upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.  The DNA shall be collected no later than January 11, 2006.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition). **This condition is waived by the Court.**

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

8. That the defendant submit to removal proceedings, including deportation or exclusion, as required by the Department of Homeland Security. The defendant shall not enter the United States without proper authorization.

IT IS ORDERED that the defendant not be deported until his DNA has been collected by the Probation Office. The deadline for collection of the DNA is January 11, 2006.

Special assessment: $100.
Advised of rights to appeal the sentence., etc.

Submitted by: David H. Hisashima, Courtroom Manager